IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MOZZO, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-5752 |
| PROGRESSIVE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *5th* day of *January*, 2015, upon consideration of Defendant Progressive Insurance Company's Motion to Dismiss (Docket No. 4) and the Response of Plaintiff Anthony Mozzo (Docket No. 6), it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiff's bad faith claim and request for attorneys' fees are **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint correcting any of the pleading deficiencies identified in the accompanying Memorandum Opinion.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.